UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

18 FEB -6 PM 5: 25

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. |
| | ) | |
| JEREMY J. OSBORNE, | ) | |
| | ) | 1:18-cr-0028 JMS -TAB |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1
(18 U.S.C. § 922(g)(1) – Convicted Felon in Possession of Ammunition)

The Grand Jury charges that:

On or about October 30, 2017, in the Southern District of Indiana, Indianapolis Division, the Defendant, JEREMY J. OSBORNE, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

To wit: Possession of Prohibited Weapon, in the Gillespie County, Texas, District Court, on or about October 16, 1997,

Did knowingly possess ammunition, to wit: approximately 43 rounds of Aguila, .22 caliber ammunition, said ammunition having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
(26 U.S.C. § 5861(i) – Possession of Firearm Not Identified By Serial Number)

The Grand Jury further charges that:

On or about October 30, 2017, in the Southern District of Indiana, Indianapolis Division, the Defendant, JEREMY J. OSBORNE, did knowingly possess a firearm, as defined by Title 26, United States Code, Section 5845(a), to wit: a hand-fabricated firearm, which was not identified by a serial number as required by Chapter 53 of Title 26 of the United States Code,

All in violation of Title 26, United States Code, Section 5861(i).

A TRUE BILL:

███████████████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
M. Kendra Klump
Assistant United States Attorney